**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 10-50 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Darnell Cleveland Harris, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 21, 2010, and upon all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 30) is **ADOPTED**; and

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 18) is **DENIED**.

Dated: May 25, 2010

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge